# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| YVENSON FONTILUS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     vs. | ) CASE NO. 4:21-cv-4 |
| | ) |
| DAVID S. OSTERHOLM, J.B. HUNT | ) |
| TRANSPORT, INC., and AMAZON | ) |
| LOGISTICS, INC. | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF REMOVAL

Defendants, J.B. Hunt Transport, Inc. and Amazon Logistics, Inc., by counsel, pursuant to the provisions of 28 U.S.C. §§1441(a) and 1446, hereby give notice of the removal of this cause of action from Tippecanoe Circuit Court to the United States District Court for the Northern District of Indiana, Lafayette Division, and in support thereof, state:

1. On or about July 29, 2020, Plaintiff filed his Complaint for Damages, under Cause No. 79C01-2007-CT-000152 and styled *Yvenson Fontilus v. David S. Osterholm, J.B. Hunt Transport, Inc., Amazon Logistics, Inc., and Stonewood Insurance Company*. A true and accurate copy of the State Court Record is attached hereto as Exhibit "A".

2. This litigation involves a motor vehicle accident which occurred on or about November 15, 2018. A true and accurate copy of Plaintiff's Complaint is attached hereto as Exhibit "B".

3. Defendants J.B. Hunt Transport, Inc., Amazon Logistics, Inc., and Stonewood Insurance Company have received service of process with regard to this litigation and have filed their respective answers and affirmative defenses.

4. On or about January 12, 2021, Defendant David S. Osterholm received service of process with regard to this litigation. The undersigned counsel will file their appearance and an answer and affirmative defenses on behalf of Osterholm in federal court in the very near future.

5. Plaintiff Yvenson Fontilus is a resident and citizen of the State of North Carolina.

6. Defendant David Osterholm is a resident and citizen of the State of Ohio.

7. Defendant J.B. Hunt Transport, Inc. is a foreign corporation incorporated and organized under the laws of the State of Georgia with its principal place of business in Lowell, Benton County, Arkansas.

8. Defendant Amazon Logistics, Inc. is a foreign corporation incorporated and organized under the laws of the State of Delaware with its principal place of business in Seattle, Washington.

9. Defendant Stonewood Insurance company is a foreign corporation incorporated and organized under the laws of the State of North Carolina with its principal place of business in Raleigh, North Carolina.

10. However, on or about December 21, 2020, Defendant Stonewood Insurance Company was dismissed without prejudice. A copy of the Tippecanoe Superior Court order dismissing Stonewood Insurance Company is attached hereto as Exhibit "C".

11.    As a result of Stonewood's dismissal from this cause of action, and based on the respective citizenship of the remaining parties in this matter, complete diversity exists in this case.

12.    Prior to commencing litigation, on or about March 19, 2020, Plaintiff issued a settlement demand of $1,500,000. Based on Plaintiff's settlement demand, it is clear that Plaintiff's claim well exceeds the jurisdictional limit of $75,000, exclusive of interest and costs. A copy of the pertinent Plaintiff's settlement demand is attached hereto as a part of Exhibit "D".

13.    Therefore, based on all of the foregoing, this action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332(a) and which is removable pursuant to the provisions of 28 U.S.C. §1441(a) and 28 U.S.C. §1446. A true and accurate copy of the Civil Cover Sheet for this matter is attached hereto as Exhibit "E".

WHEREFORE, for the foregoing reasons, Defendants, J.B. Hunt Transport, Inc. and Amazon Logistics, Inc., by counsel, respectfully request that the above-enumerated action, now pending against Defendants in the Tippecanoe Circuit Court, State of Indiana, be removed to the United States District Court for the Northern District of Indiana, Lafeyette Division and for all other just and proper relief in the premises.

    Respectfully submitted,

    CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP

    /s/ Keith A. Gaston, Esq.
    Keith A. Gaston, Esq., #7069-49
    Bruce D. Jones, Esq., #28624-29
    Bradley M. Owen, Esq., #32711-32
    Rachel O. Webster, Esq., #34251-49

*Counsel for Defendants, David S. Osterholm, J.B. Hunt Transport, Inc. and Amazon Logistics, Inc.*

3077 E. 98th Street, Suite 280
Indianapolis, IN  46280
Ph:     (317) 816-0300
Fax:    (317) 816-1604
E-Mail: kgaston@cmlawfirm.com
          bjones@cmlawfirm.com
          bowen@cmlawfirm.com
          rwebster@cmlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of January 2021, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by U.S. Mail, postage pre-paid:

Kaitlin Coons Astorino, Esq.
ISAACS & ISAACS
1601 Business Center Court
Louisville, KY 40299


                                                            /s/ Keith A. Gaston, Esq.